# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jennifer Rock** : | CIVIL ACTION NO. |
| 7704 Rockwell Avenue : | |
| Philadelphia, PA 19111 : | |
| : | MAJOR JURY TRIAL |
| **Plaintiff** : | |
| v : | |
| **The Radnor Hotel, Inc.** : | |
| 585 Lancaster Avenue : | |
| Wayne, PA 19087 : | |
| **Defendant** : | |

**COMPLAINT**
**VIOLATIONS OF TITLE VII**
**EMPLOYMENT DISCRIMINATION**
**SEXUAL HARASSMENT**
**HOSTILE WORK ENVIORNMENT**

I. PARTIES AND JURISIDCTION

1. Jennifer Rock is a resident of Philadelphia, Pennsylvania and is a citizen of the United States.
2. The Radnor Hotel is a Delaware Corporation and operates a hotel, restaurant and bar at 595 Lancaster Avenue, Wayne, PA 19087.
3. This Court has jurisdiction by virtue of 29 U.S.C. 626 (c) (1) and 42 U.S.C. 1331, 1343 (a) (4).
4. At all times material, Radnor Hotel, Inc., has had more than fifteen employees and affected interstate commerce.
5. The Plaintiff has satisfied all of the procedural and administrative requirements set forth in 29 U.S.C. 626.

1

6. The charge of discrimination was issued in a timely fashion with the Equal Employment Opportunity Commission, the EEOC issued a Right to Sue letter on April 25, 2023 (Exhibit A).
7. Proper venue is in the Eastern District of Pennsylvania because the unlawful action occurred in that District.

II. JENNIFER ROCK v THE RADNOR HOTEL (Sexual Harassment)

8. Paragraphs one through 7 are incorporated herein as if set forth in their entirety.
9. At all times material, Rock (Plaintiff) was employed by The Radnor Hotel.
10. Plaintiff started working at the Defendant's facility in Wayne, Pennsylvania on August 6, 2021.
11. During the time that Plaintiff worked at The Radnor Hotel in Wayne she was consistently and continuously subject to sexual harassment by a supervisor of the Defendant.
12. The sexual harassment was on a daily basis, included remarks about the Plaintiff's body, how sexy she was, placing the Plaintiff's hand on the harasser's penis, constantly and continually asking the Plaintiff to "have sex with him", and sending the Plaintiff sexually suggestive emails and text messages, suggesting that the Plaintiff have sexual intercourse with the harasser at the hotel.
13. The continual harasser of Plaintiff was Shane Hurley.
14. Plaintiff continually informed Shane Hurley that his sexual conduct toward her was uninvited.
15. On or about June 28, 2022, Plaintiff was terminated, pretextually because of a mistake she made with an intoxicated customer.
16. In reality, Plaintiff was terminated because she would not make herself available to supervisor Shane Hurley to fulfill his sexual fantasies.
17. The termination of Plaintiff in these circumstances was in violation of Title VII of the Civil Rights Act of 1964, as amended.

III. JENNIFER ROCK v THE RADNOR HOTEL (Creation of a Hostile Work Environment)

18. Paragraphs one through 17 are incorporated herein as if set forth in their entirety.
19. The harassment of Plaintiff by her supervisor created a hostile work environment for Plaintiff, leading to her discharge.
20. The sexual harassment of Plaintiff by agents of the Defendant created a hostile work environment.

21. The creation of a hostile work environment for Plaintiff by her supervisor, an agent of Defendant, was in violation of Title VII of the Civil Rights Act of 1964, as amended. WHEREFORE, the Plaintiff prays that the Court grant judgment for the Plaintiff, and against the Defendant and award Plaintiff the following damages:

    a) All back pay and benefits
    b) Reinstatement, if possible
    c) Front pay
    d) Compensatory damages including
        1) Pecuniary losses
        2) Non-pecuniary losses, including suffering from mental anguish, anxiety, inconvenience and loss of enjoyment of life
    e) Punitive damages in accordance with the law because of the outrageous and discriminatory practices of Defendant's supervisor, which were done with malice or reckless disregard of the rights of Plaintiff
    f) Any other remedy that the Court finds just and appropriate

<u>06/16/2023</u>                                                          <u>s/ Howard K. Trubman, Esq.</u>
Date                                                                Howard K. Trubman, Esq.
                                                                      PA State Bar No. 24696
                                                                      Attorney for Plaintiff
                                                                      1650 Market Street, Suite 3637
                                                                      Philadelphia, PA 19103
                                                                      215-206-5306

**CERTIFICATE OF SERVICE**

      **I**, Howard K. Trubman, Esq., certify that on this date the foregoing document was personally served on

                    Jennifer Primanti
                    Vice President of Human Resources
                    591 E. Lancaster Avenue
                    St. Davids, PA 19087


<u>06/04/23</u>                                                                         <u>s/ Howard K. Trubman, Esq.</u>
Date                                                                               Howard K. Trubman, Esq.