IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JENNIFER ROCK<br><br>v.<br><br>THE RADNOR HOTEL, INC. | CIVIL ACTION<br><br>NO.  23-2320 |
|---|---|

## ORDER

**AND NOW**, this 1st day of May, 2024, it is hereby **ORDERED** that the Motion to Withdraw (ECF 17) is **GRANTED**.

It is **FURTHER ORDERED** that since the Plaintiff failed to appear at the hearing scheduled this date to hear the aforesaid motion and to hold a Rule 16 hearing, the Complaint is **DISMISSED** without prejudice and the Clerk of Court shall close this case.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

xc:   Ms. Jennifer Rock
       7704 Rockwell Avenue
       Philadelphia, PA  19111

O:\CIVIL 23\23-2320 Rock v. The Radnor Hotel Inc\23cv2320 Order 03282024.doc